IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MAURICE TERRANCE BULLOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv579-MHT |
| | ) | (WO) |
| **PATRICE RICHIE, Warden of** | ) | |
| **B.C.C.F., (Head Official),** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

This apparent 42 U.S.C. § 1983 action was opened when plaintiff filed a document labelled as a "TRO." Shortly thereafter, plaintiff filed a notice with the court stating that he meant for the 'TRO' to be filed in another lawsuit pending before this court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice and all pending motions be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of October, 2018.

                                        /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**